UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HARKINS, | ) |
| Petitioner, | ) 3:10-cv-00372-ECR-RAM |
| vs. | ) **ORDER** |
| JACK PALMER, *et al.*, | ) |
| Respondents. | ) |

Petitioner has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee for this action.

The petition is deficient, in that petitioner did not sign the petition or the declaration under penalty of perjury, located on the last page of the petition. (Docket #1-1, at p. 17).  Petitioner will be granted an opportunity to submit a signed signature page to supplement his petition.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL FILE** the petition (Docket #1-1).

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner a copy of pages 1-17 of his petition.

1    **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner the approved form for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and the document "Information and Instructions for Filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254."

    **IT IS FURTHER ORDERED** that, within **thirty (30) days** from the date of entry of this order, petitioner **SHALL FILE a signature page bearing his signature on the petition and on the declaration under penalty of perjury,** to supplement his petition for a writ of habeas corpus. Petitioner's failure to comply with this order may result in the dismissal of this action.

    Dated this 2nd day of November, 2010.

    _Edward C. Reed_
    UNITED STATES DISTRICT JUDGE