Jerry Harkins ___ # 85126

```
[✓] FILED              [___] RECEIVED
[___] ENTERED          [___] SERVED ON
NO COPY      COUNSEL/PARTIES OF RECORD

        MAY 1 1 2011

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| Jerry Harkins , ) | Case No. 3:10-CV-00372-ECR-RAM |
| Petitioner, ) | |
| -vs- ) | **MOTION FOR** |
| ) | **APPOINTMENT OF COUNSEL** |
| Jack Palmer, et.al ) | Second Request |
| Respondents. ) | |

COMES NOW Petitioner,. Jerry Harkins ___, in pro se, and moves

this Court for an order appointing him counsel in and for the instant § 2254

habeas corpus proceeding.

This motion is made and based upon 18 U.S.C. § 3006A(g), 28 U.S.C.

§ 1915(e)(1), 28 U.S.C. § 2254(h); all papers, pleadings and documents on file

herein; and the following points and authorities.

### POINTS AND AUTHORITIES

#### I.   STATEMENT OF FACTS

Petitioner is unable to afford counsel.  See Application to Proceed In

Forma Pauperis on file herein.

The substantive issues and procedural matters in this case are too complex

for Petitioner's comprehension and abilities.

Petitioner, by reason of his incarceration,. cannot investigate,. take

depositions, or otherwise discover evidentiary materials on his own accord.

1  Petitioner's sentence structure is ___Life_____.

2  There ___ are ✓ are not additional facts attached hereto on additional

3  page(s) to be incorporated herein.

4  Counsel could not only assist Petitioner with a much better presentation

5  of the substantive and procedural issues before this Court, e.g., merits of the

6  claims, AEDPA's § 2254(d) test, exhaustion, etc., but counsel would likewise

7  make much easier this Court's task of discerning the issues and adjudicating

8  them as upon a competent counsel's ability to present same to the Court.

9  The ends of justice would best be served in this case via the appointment

10  of counsel, as Petitioner's sentence structure, in conjunction with the

11  complexities of the legal issues herein, plead for such an appointment.

## II.  ARGUMENT FOR APPOINTMENT

13  Appointment of counsel in § 2254 cases is authorized within 18 U.S.C.

14  § 3006A(g) and 28 U.S.C. §§ 1915(e)(1); 2254(h).  This Court may appoint

15  counsel where the "interests of justice" so require.  Jeffers v. Lewis, 68 F.3d

16  295, 297-98 (9th Cir. 1995).  This interest is best served when indigent

17  petitioners who are unable to "adequately present their cases" are appointed

18  counsel to do so for them.  Id.

19  Although appointment is usually within this Court's sound discretion, a

20  handy formula for this Court's consideration is a balancing of the complexities

21  of the issues with a consideration of the severity of the petitioner's penalty.

22  Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir.), cert. denied, 481 U.S. 1023

23  (1987).  Ultimately, however, absent a due process implication, this Court has

24  discretion to appoint counsel when it feels that it promotes justice in doing

25  so.  Id.  See Brown v. United States, 623 F.2d 54, 61 (9th Cir. 1980)(court

26  must appoint counsel where the complexities of the case are such that denial of

27  counsel would amount to denial of due process); Hawkins v. Bennett, 423 F.2d

28  948 (8th Cir. 1970)(counsel must be appointed where petitioner is a person of

1  such limited education as to be incapable of presenting his claims fairly).

2      Petitioner submits that the facts above, in conjunction with these legal

3  principles, compel appointment of counsel.  Indeed, the complexities of the

4  issues in relation to Petitioner's sentence, implicate the need of counsel to

5  promote not only justice, but fairness, as well.  <u>Jeffers</u>, 68 F.3d at 297-98.

6                    III.  <u>CONCLUSION</u>

7      For the reasons set forth above, this Court should appoint counsel to

8  represent Petitioner in and for all further proceedings in this § 2254 habeas

9  corpus action.

10     Dated this 11th day of May_____, 20 11.

11                          Respectfully submitted,

12

13                          Jerry Harkens            # 85126

14

15

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21

22

23

24

25

26

27

28
                          3