Jerry Harkins #85126
P/O Box 7000
Carson City, NV 89702



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| Jerry Harkins<br>      Petitioner, | Case No. 3:10-CV-00372 |
| -vs-<br>Jack Palmer<br>      Respondents. | MOTION FOR<br>ENLARGEMENT OF TIME<br>(First Request) |

Petitioner, __Harkins__, in pro se, submits his Motion for Enlargement of Time, moving this Court to grant him an additional __60 days__ to and including __August 30th 2011__ in which to serve and file his __opposition to defendants motion to dismiss, for reasons that Mr Harkins has not recieved defendants motion to oppose it.__ Pursuant to FRCP 6, Petitioner's __Harkins opposition was__ due on or about __May 15, 2011__. This is Petitioner's first request for an extension of time.

This motion is made and based upon all papers, pleadings and documents on file herein; and the attached affidavit of Petitioner.

Dated this __May 31, 2011__

                                                    _/s/ Jerry Harkins_
                                                  Jerry Harkins #85126

1

## CERTIFICATE OF SERVICE BY MAIL

2

Pursuant to N.R.C.P. Rule 5 (b), I hereby certify that I am the Petitioner/Defendant named herein and that on this __31__ day of __MAY__ 20__11__, I mailed a true and correct copy of the foregoing document to the following:

AG's OFFICE
100 N. CARSON ST
CARSON CITY, NV 89701

CLERK
US District Court
DIST. OF NEV.
400 S. VIRGINIA ST ROOM 301
RENO, NV 89501

_(signature)_

JERRY HANKINS
#85124  P/O BOX 7000
CARSON CITY, NV. 89702