✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
RTND COPY   COUNSEL/PARTIES OF RECORD

JUN - 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court
District of Nevada

Case No. 3:10-CV-372

Jerry Harkins
    Petitioner

vs.

Jack Palmer
    Defendants

Motion To Have The Clerk Send Petitioner The Defendants Motion To Dismiss on This Case

Comes Now Harkins in pro se is requesting by motion requesting the Clerk to send him a copy of the Defendants Motion to Dismiss, for reasons that he was notified on April 15, 2011 that the Defendants filed either a motion to dismiss or summary judgment in this case. This motion is a simple request and is made in good faith on behalf of Mr. Harkins.

Dated May 31st, 2011

Jerry Harkins #85126
x Jerry Ha[rkins]
c/o B/P 7100
Carson City, NV 89702

## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at _P/O Box 7000 Carson City, NV_ on _5/31/11_
　　　　　　　　　　(Location)　　　　　　　　　　　　　(Date)

_____　　　_# 85184_
(Signature)　　　　　　　　　　　　　(Inmate prison number)

§2254-Form
eff. 1/97

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to N.R.C.P. Rule 5 (b), I hereby certify that I am the Petitioner/Defendant named herein and that on this _31_ day of _May_ 20_11_, I mailed a true and correct copy of the foregoing document to the following:

Clerk of Court
US Dist Court
Dist of NV
400 S. Virginia St Room 301
Reno  NV  89501

_/s/ Terry Ha____

Jerry Hankins #85124
P/O Box 7000
Carson City, NV 89702