AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JERRY HARKINS,

     Petitioner,     JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER:  **3:10-cv-00372-LRH-WGC**

JACK PALMER, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the original petition for a writ of habeas corpus and the second amended petition, are **DENIED IN THEIR ENTIRETY**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**


  July 22, 2013                                                            **LANCE S. WILSON**
                                                                                                 Clerk

                                                                                               /s/ D. R. Morgan
                                                                                                Deputy Clerk